*March 5, 1929.*

SCHEUBER, Respondent, vs. SCHULTZ and wife, imp.,
Appellants.

For the appellants: *W. O. Meilahn,* attorney, and *C. R. Dineen,* of counsel, both of Milwaukee.

For the respondent: *Clarence W. Dodson* of Milwaukee.

*By the Court.*—Order affirmed.


CONWAY, Appellant, vs. YOUNG, Respondent.

For the appellant: *Bendinger & Hayes,* attorneys, and *Robert B. Ells,* of counsel, all of Milwaukee.

For the respondent: *Lines, Spooner & Quarles* of Milwaukee.

*By the Court.*—Judgment affirmed.


PFETCHER, Respondent, vs. DOYLE and another, Appellants.

For the appellants: *Stephens, Sletteland & Sutherland* of Madison.

For the respondent: *Lawrence J. Brody* of La Crosse.

*By the Court.*—Judgment affirmed.